FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAR 22 AM 11:30

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR416-258 |
| ) | CV418-020 |
| DAMIEN LAMONT GLOVER, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is Defendant Damien Lamont Glover's Motion for Reconsideration. (Doc. 102.) In his motion, Defendant requests that this Court reconsider its prior order (Doc. 93) denying Defendant's request to obtain records of his criminal proceedings from his attorney and the Court free of charge. After careful review, Defendant's motion is **DENIED**.

First, as to the records that Defendant maintains his attorney has refused to provide, this Court has already fully addressed that matter in its previous order. (Id.) As previously stated, there is no indication that Defendant's trial counsel has any records from Defendant's criminal proceeding. (Id.) Moreover, the Court has already reminded Defendant's trial counsel of his ongoing professional obligation to provide Defendant with any records in his possession to which Defendant may be entitled. (Id.)

With respect to the court records that Defendant claims he is entitled, Defendant has also failed to properly comply with this Court's previous order. In that order, the Court held that Defendant was not entitled to any court records free of charge without first filing a request to proceed in forma pauperis. (Id.) Only after filing a request to proceed in forma pauperis will this Court be able to determine whether Defendant is entitled to any court records free of charge. Because Defendant has not filed any request to proceed in forma pauperis, Defendant's Motion for Reconsideration (Doc. 102) is **DENIED**.

SO ORDERED this 21st day of March 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA