FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 AUG -2 AM II: 09

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )         CASE NO. CR416-258
)                  CV418-020
DAMIEN LAMONT GLOVER, )
)
Defendant. )
_____ )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 108), to which objections have been filed (Doc. 109).[1] After careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. In his objections, Defendant has failed to offer any meritorious objection to the report and recommendation. Accordingly, Defendant's Motion for Waiver of Transcript and Filing Fees (Doc. 104), Motion to Proceed In Forma Pauperis (Doc. 105), and Motion Requesting Ruling on Petitioner's Transcript Fees Waiver (Doc. 107) are **DENIED**.

In his objections, Defendant also asserts that Magistrate Judge Smith should be recused from this case because he has already "made up his mind" regarding the merits of Defendant's case. (Doc. 109 at 3.) However, "[a]

---

[1] For clarity, all citations refer to Defendant's criminal docket.

party's complaints regarding 'judicial rulings, routine trial administration efforts, and ordinary admonishments (whether or not legally supportable) to counsel' are not sufficient to require recusal." Brown v. U.S. Patent and Trademark Office, 226 F. App'x 866, 869 (11th Cir. 2007) (quoting Liteky v. United States, 510 U.S. 540, 556 (1994)). Accordingly, Defendant's request that Magistrate Judge Smith be recused from this case is **DENIED**.

SO ORDERED this 2ᴺᴰ day of August 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA