# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

DAMIEN LAMONT GLOVER,    )
                      )
      Movant,           )
                      )
v.                      )        CV418-020
                      )        CR416-258
UNITED STATES OF AMERICA,    )
                      )
      Respondent.      )

## ORDER

The Court failed to note that in considering Glover's amended 28 U.S.C. § 2255 motion to vacate his sentence (doc. 116) it implicitly granted his motion to amend his § 2255 motion. *See* doc. 117 (Report and Recommendation recommending denial of Glover's motion and considering both doc. 94, his original motion, and doc. 116, his amended motion). For docket clarification, that motion (doc. 116) is **GRANTED**.

**SO ORDERED,** this __13th__ day of March, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA