IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR416-258
) CV418-020
DAMIEN LAMONT GLOVER, )
)
Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 117.)[1] After careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the Government's Motion to Dismiss (Doc. 115) is **GRANTED**. Defendant's Motion to Vacate (Doc. 94) and Amended Motion to Vacate (Doc. 119)[2] are **DENIED**. The Clerk is **DIRECTED** to close this case and Defendant's related civil case, CV418-20.

SO ORDERED this 4th day of April 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] All citations to the record refer to Defendant's criminal docket, CR416-258.
[2] Although this document appears on the docket after the report and recommendation was issued in this case, the document was actually filed prior to the report and recommendation. (See Doc. 116.) Accordingly, the report and recommendation properly considered the merits of both Defendant's original Motion to Vacate under 28 U.S.C. § 2255 (Doc. 94) and Amended Motion to Vacate under 28 U.S.C. § 2255 (Doc. 119).